United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3534
_____

Stephen A. Marino,                *
                                   *
        Appellant,        *
                                   *
     v.                  *   Appeal from the United States
                                 *   District Court for the
N.H.P. Property Management, Inc.;   *   Eastern District of Missouri.
National Corporation for Housing    *
Partnerships; Cindy Brandebura,     *      [UNPUBLISHED]
                                 *
        Appellees.        *

_____

Submitted: July 24, 1997
Filed: August 18, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Stephen A. Marino appeals the grant by the District Court[1] of summary judgment to the defendants. Having reviewed the record and the parties' briefs, we conclude that

_____

[1]The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c) (1994).

the judgment of the District Court is correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.